IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                                                  CR. NO. 05-20038-B

JEREMY WASHINGTON (b), MONTE BLAYDE (c),
STONIE FITZGERALD (c), JASON OWENS (b),

    Defendants.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY
And ** *SETTING* **

---

    This cause came on for a report date on November 28, 2005. At that time counsel for the defendant requested a continuance of the December 5, 2005 trial date in order to allow for additional preparation in the case.

    The Court granted the request and reset the trial date to January 3, 2006 with a report date of ** **Wednesday, December 21, 2005, at 9:30 a.m.**,** in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

    The period from December 16, 2005 through January 13, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

    IT IS SO ORDERED this _1st_ day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12-2-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 96 in case 2:05-CR-20038 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Scottie O. Wilkes
KYLES & ASSOCIATES, PC
200 Jefferson Avenue
Ste. 850
Memphis, TN 38103

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT